**FILED**
April 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:13-MJ-00099-AC-2
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ROSALIO GONZALEZ-GUTIERREZ, )
)
Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ROSALIO GONZALEZ-GUTIERREZ, Case No. 2:13-MJ-00099-AC-2, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Total Sum of $ 100,000 ($35,000 to be secured)

  ✔ Unsecured Appearance Bond $ 65,000 (co-signed)

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  ✔ (Other)    with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 4, 2013 at 3:25 pm.

By _____
Dale A. Drozd
United States Magistrate Judge